**In re ALPHA 1 USA, INC.,**
**Debtor–Appellant.**

**No. 03–1063.**

United States Court of Appeals,
Federal Circuit.

DECIDED: April 11, 2003.

*ORDER*

Alpha 1 USA, Inc. has failed to respond to the court's January 13, 2003 order.

Upon consideration thereof,

IT IS ORDERED THAT:

Alpha 1's appeal is dismissed.